**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENT LESOPRAVSKY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 16-7110-JPR<br><br>**J U D G M E N T** |

Pursuant to the Memorandum Decision and Order Dismissing Action Without Prejudice,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 3, 2018　　　　　　*[signature]*
　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE